177 A.3d 119

BRIGHT AND VARICK URBAN RENEWAL COMPANY, LLC, PLAINTIFF–RESPONDENT, v. JERSEY CITY PLANNING BOARD, JERSEY CITY ZONING BOARD OF ADJUSTMENT, DEFENDANTS, AND THE MAYOR AND COUNCIL OF THE CITY OF JERSEY CITY, ROBERT BYRNE, IN HIS OFFICIAL CAPACITY AS CITY CLERK, ANTHONY CRUZ, IN HIS OFFICIAL CAPACITY AS DIRECTOR, HOUSING ECONOMIC DEVELOPMENT AND COMMERCE AND CITY OF JERSEY CITY, DEFENDANTS–PETITIONERS. VAN VORST PARK ASSOCIATION, INC., INTERVENER.

C–400 September Term 2017
079679

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002040–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.